IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL O. ARAOYE a/k/a ELLSWORTH D.,<br>          **Plaintiff,**<br><br>v.<br><br>THOMAS J. VILSACK, JOSEPH HARRISON, STEPHANIE NIEMI, and DENNIS JEMMERSON,<br>          **Defendants.** | : | CIVIL ACTION<br><br><br>NO. 23-1331 |

**O R D E R**

**AND NOW**, this 5th of February 2024, upon consideration of Defendants' Motion to Dismiss and Substitute Certain Defendants (ECF No. 53), Plaintiff's response thereto (ECF No. 54), and the parties' Cross-Motions for Summary Judgment (ECF Nos. 55-59), it is **HEREBY ORDERED** that Defendants Joseph Harrison, Stephanie Niemi, and Dennis Jemmerson are **DISMISSED** from this case and Plaintiff's claims for damages under *Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendant Thomas J. Vilsack's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to **TERMINATE** this matter and mark it **CLOSED**.

                                                        **BY THE COURT:**

                                                        **/S/WENDY BEETLESTONE, J.**

                                                        **WENDY BEETLESTONE, J.**